AO 86A  (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
### for the
District of _Colorado_

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| _Marcus Castro_ | ) Case No. _12 - P o - 00133 - DW_ |
| Defendant | ) |
| | ) |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty.  The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

_Marcus Castro_
Defendant's signature

......................................................................................................................................................................

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

_____
Defendant's signature

The United States consents to the jury-trial waiver:   _____
Government representative's signature

_____
Government representative's printed name and title

......................................................................................................................................................................

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_____
Defendant's signature

......................................................................................................................................................................

_____     _____
Printed name of defendant's attorney (if any)          Signature of defendant's attorney (if any)

Date: _____          Approved by: _____
Magistrate Judge's signature