**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No.: 12-PO-00133-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. MARCOS CASTRO,**

**Defendant.**

## ORDER FOR RELEASE FROM CUSTODY

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant entered into a Plea Agreement and was Sentenced to credit for time served in this matter on this date, therefore:

**IT IS HEREBY ORDERED** that the Defendant be immediately released from custody of the U. S. Marshal's Service.

**DATED:   April 11, 2013.**

                                          **BY THE COURT:**

                                          **s/David L. West**
                                          **United States Magistrate Judge**